## THE TOWN OF CENTERVILLE v. MILLER.

THE STATE v. SCHROEDER FOLLOWED.

*Appeal from Appanoose District Court.*

TUESDAY, OCTOBER 7.

ACTION to recover a fine of the defendant for selling beer within two miles of the corporate limits of the town of Centerville, in violation of an ordinance of the town prohibiting such sales. The defendant demurred to the information upon the ground "that the offense charged, if a crime under any circumstances, should be brought in the name of the State;" and further, "that the law under which the town seeks to punish the defendant is unconstitutional and void." The court overruled the demurrer. Judgment for plaintiff. Defendant appeals.

*Geo. D. Porter*, for appellant.

*Vermillion, Haynes & Vermillion*, for appellee.

ADAMS, J.—I. The act in question, chapter 119 of the Laws of the

Seventeenth General Assembly, was held to be constitutional in *State v. Schroeder*, page 197, *ante.*

II. The action being to recover a fine imposed by an ordinance of the town, was properly brought, we think, in the name of the town.

AFFIRMED.